JS-6 / ENTERED

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner ~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 8·19·13

DEPUTY CLERK



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY SMITH, | ) Case No. EDCV 13-0997-BRO (JPR) |
| Petitioner, | ) |
| vs. | ) **J U D G M E N T** |
| DAVID B. LONG, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Dismissing Action,

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: August 19, 2013

BEVERLY REID O'CONNELL
U.S. DISTRICT JUDGE

