JS-6 / ENTERED

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY Petitioner
FIRST CLASS MAIL POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 8·19·13

DEPUTY CLERK



FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 19 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY SMITH, | ) Case No. EDCV 13-0997-BRO (JPR) |
|             Petitioner, | ) |
| | )     J U D G M E N T |
|       vs. | ) |
| DAVID B. LONG, Warden, | ) |
|            Respondent. | ) |

Pursuant to the Order Dismissing Action,

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: August 19, 2013



BEVERLY REID O'CONNELL
U.S. DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 19 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY